UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
─────────────────────────────────────────────

SONAL BHALLA,
                        Plaintiff,

          -against-

JP MORGAN CHASE & CO.,
                        Defendant.
─────────────────────────────────────────────

**MEMORANDUM OF DECISION AND ORDER**
03-CV-6051 (DRH)(JO)

**HURLEY, District Judge:**

On April 6, 2005, United States Magistrate Judge James Orenstein issued a Report and Recommendation recommending that the Court enter an order dismissing Plaintiff's complaint pursuant to Federal Rule of Civil Procedure 41(b).

The Report advised the parties that any party must file objections within ten (10) days of service of the report, and that failure to file objections would result in a waiver of the right to appeal the final order of this Court. *See* Fed. R. Civ. P. 72; 28 U.S.C. § 636(b)(1). More than ten (10) days have elapsed since the Report was served and to date, no party has filed any objections.

The Court has reviewed the conclusions reached by Judge Orenstein and finds that they are supported in the record and not clearly erroneous. Accordingly, the Court adopts the April 6, 2005 Report and Recommendation in its entirety.

The Clerk of the Court is directed to close this case.

**SO ORDERED.**

Dated: Central Islip, N.Y.
        April 26, 2005

                                       ___/s_____
                                       Denis R. Hurley,
                                       United States District Judge